# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Darcey Roderick, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:09-cv-30191-MAP |
| v. | : |
| | : |
| Global Credit Collection Corporation; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Darcey Roderick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 23, 2010

                                                Respectfully submitted,

                                                By: <u>/s/ Sergei Lemberg</u>

                                                   Sergei Lemberg, Esq.
                                                   BBO No.: 650671
                                                   Lemberg & Associates L.L.C.
                                                   1100 Summer Street, 3rd Floor
                                                   Stamford, CT 06905
                                                   Telephone: (203) 653-2250
                                                   Facsimile:  (877) 795-3666
                                                   Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Sergei Lemberg

                                            Sergei Lemberg